**DISMISS and Opinion Filed April 7, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-19-01365-CV**

**RESIDENTIAL STRATEGIES, INC. AND
EDWARD (TED) L. WILSON, JR., Appellants/Cross-Appellees
V.
MEGATEL HOMES, LLC, Appellee/Cross-Appellant**

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-08767**

## MEMORANDUM OPINION

Before Justices Whitehill, Osborne, and Carlyle
Opinion by Justice Osborne

This appeal and cross-appeal follow the trial court's order granting in part and denying in part Residential Strategies, Inc. and Edward (Ted) L. Wilson, Jr.'s motion to dismiss Megatel Homes, LLC's claims against them. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.005. Stating they have settled all claims, the parties have filed a joint motion to dismiss the appeal and cross-appeal. *See* TEX. R. APP. P. 42.1(a)(2). We grant the motion and dismiss the appeal and cross-appeal. *See id.*

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

191365F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RESIDENTIAL STRATEGIES, INC. AND EDWARD (TED) L. WILSON, JR., Appellants/Cross-Appellees

No. 05-19-01365-CV     V.

MEGATEL HOMES, LLC, Appellee/Cross-Appellant

On Appeal from the 68th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-19-08767. Opinion delivered by Justice Osborne, Justices Whitehill and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal and cross-appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this proceeding.

Judgment entered April 7, 2020